DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Roberts<br><br>Case below:<br>166 N.C. App. 649 | No. 591P04 | 1. Def's NOA Based Upon a Constitutional Question (COA03-1424)<br><br>2. AG's Motion to Dismiss Appeal for Lack of Substantial Constitutional Question<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br>2. Allowed (03/03/05)<br><br>3. Denied (03/03/05) |
| State v. Simmons<br><br>Case below:<br>167 N.C. App. 512 | No. 045P05 | 1. Def's NOA Based Upon a Constitutional Question (COA03-1272)<br><br>2. AG's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br>2. Allowed (03/03/05)<br><br>3. Denied (03/03/05) |
| State v. Simmons<br><br>Case below:<br>167 N.C. App. 807 | No. 090P05 | Def's PDR Under N.C.G.S. § 7A-31 (COA04-731) | Denied (03/03/05) |
| State v. Spellman<br><br>Case below:<br>167 N.C. App. 374 | No. 049P05 | 1. Def's NOA Based on a Constitutional Question (COA03-1526)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31 | 1. Dismissed ex mero motu (03/03/05)<br><br>2. Denied (03/03/05) |
| State v. Staton<br><br>Case below:<br>167 N.C. App. 808 | No. 096P05 | Def's PDR Under N.C.G.S. § 7A-31 (COA04-655) | Dismissed (03/03/05) |
| State v. Steele<br><br>Case below:<br>167 N.C. App. 372 | No. 018P05 | 1. Def's NOA Based Upon a Constitutional Question (COA03-1481)<br><br>2. AG's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br>2. Allowed (03/03/05)<br><br>2. Denied (03/03/05) |
| State v. Steele<br><br>Case below:<br>166 N.C. App. 762 | No. 032P05 | Def's PWC to Review the Decision of the COA (COA04-173) | Denied (03/03/05) |